IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MOLECULAR DIAGNOSTICS OF EASTERN OMAHA, LLC, n/k/a NEBRASKA ADVANCED RADIOLOGY,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | **8:08CV248** |
| vs. | ) ) | **ORDER** |
| **RAJEEV BATRA,** | ) ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion (Doc. 17) of Kenneth W. Hartman and the law firm of Baird Holm LLP for leave to withdraw as local counsel for the defendant. Defendant's lead counsel were ordered to respond to this motion by October 20, 2008 but have not done so. For good cause shown, the court finds that this motion should be granted.

**IT IS ORDERED:**

1. The Motion to Withdraw (Doc. 17) is granted. The court will terminate the appearances of Kenneth W. Hartman and the law firm of Baird Holm LLP as local counsel for the defendant, Rajeev Batra. The withdrawal shall be effective upon their filing a Notice of Withdrawal and serving copies on the clients and the other parties to this action in accordance with NEGenR 1.3(f).

2. The parties are granted an extension of time until and including **October 31, 2008** in which to comply with paragraph 2 of the Initial Progression Order (Doc. 12).

**DATED October 27, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**