IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MOLECULAR DIAGNOSTICS OF EASTERN OMAHA, LLC, n/k/a NEBRASKA ADVANCED RADIOLOGY, | ) ) ) ) ) Case No. 8:08CV248 |
| Plaintiff, | ) ORDER |
| vs. | ) ) ) |
| RAJEEV BATRA, | ) ) |
| Defendant. | ) |

By letter of October 31, 2008, counsel for the parties have advised the court that they agree to mediate this matter. Also pending is the plaintiff's Motion to Amend Complaint (Doc. 16).

**IT IS ORDERED:**

1. Plaintiff's Motion to Amend Complaint (Doc. 16) is granted. Plaintiff shall file and serve the amended complaint no later than **November 17, 2008**.

2. No later than **November 24, 2008,** counsel shall file a joint status report advising the court of the identity and address of their chosen mediator.

3. This matter is stayed until **February 3, 2009,** pending the outcome of mediation.

**DATED November 3, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**