## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MOLECULAR DIAGNOSTICS OF EASTERN OMAHA, LLC,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | 8:08CV248 |
| **RAJEEV BATRA,** | ) ) | **ORDER** |
| **Defendant.** | ) ) ) | |

The parties advise that they have scheduled a mediation to take place on February 20, 2009. For good cause shown,

**IT IS ORDERED** that the parties' Joint Motion to Extend Deadline for Mediation and Stay of Discovery (Doc. 23) is granted, as follows:

1. The deadline for the parties to satisfy paragraph two of the Order For Initial Progression of the Case is extended until February 28, 2009.

2. The stay is extended through March 15, 2009 pending the outcome of mediation.

**DATED January 20, 2009.**

                                                 **BY THE COURT:**

                                               **s/ F.A. Gossett**
                                               **United States Magistrate Judge**