# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MOLECULAR DIAGNOSTICS OF EASTERN OMAHA, LLC,** | ) ) ) | |
| **Plaintiff,** | ) ) | **8:08CV248** |
| v. | ) ) | |
| | ) | **ORDER** |
| **RAJEEV BATRA,** | ) ) | |
| **Defendant.** | ) | |

The parties' mediator has advised the court that mediation occurred on February 20, 2009, but no agreement was reached. Accordingly,

**IT IS ORDERED:**

1. This case is no longer stayed.

2. A telephone conference with the undersigned magistrate judge will be held on Monday, **March 16, 2009 at 11:30 a.m.** for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial. Plaintiff's counsel shall initiate the call to the court at 402-661-7340. Prior to the conference counsel for the parties shall have:

   a. Disclosed the names, addresses, and affiliations with any party of all non-expert witnesses;
   b. Disclosed at least the names and addresses of all expert witnesses expected to testify for that party at trial;
   c. Completed a conference with opposing counsel concerning any outstanding discovery disputes as required by NECivR 7.1(i);
   d. Discussed with opposing counsel plans for completing the depositions of expert witnesses and other remaining discovery and the filing of motions for summary judgment;
   e. Discussed with opposing counsel any other matters which may influence the setting of this case for trial.

**DATED March 2, 2009.**

                              BY THE COURT:

                              s/ F.A. Gossett
                              **United States Magistrate Judge**