IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MOLECULAR DIAGNOSTICS OF EASTERN OMAHA, LLC,** | ) ) ) | |
| **Plaintiff,** | ) ) | **8:08CV248** |
| v. | ) ) | **ORDER** |
| **RAJEEV BATRA,** | ) ) | |
| **Defendant.** | ) | |

By agreement of the parties,

**IT IS ORDERED** that the final pretrial conference is continued from Monday, June 21, 2010 to **Friday, June 25, 2010 at 1:30 PM**, in the chambers of the undersigned, Room 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  A copy of the final agreed on draft of the proposed shall be provided to my chambers by fax (402-661-7338), by e-mail (gossett@ned.uscourts.gov), or by mail, so as to arrive one working day in advance of the conference.

**DATED June 18, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**