IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MOLECULAR DIAGNOSTICS OF EASTERN OMAHA, LLC,** | ) ) ) | **CASE NO. 8:08CV248** |
| **Plaintiff,** | ) ) | |
| | ) | **ORDER** |
| v. | ) ) | |
| **RAJEEV BATRA,** | ) ) | |
| **Defendant.** | ) ) | |

Upon notice given to the District Judge on July 7, 2010, by the Plaintiff that the above-captioned case has settled,

**IT IS ORDERED**:

1.  On or before September 7, 2010, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order that will fully dispose of the case. If the case is being dismissed, then the stipulation shall comply with Fed. R. Civ. P. 41(a)(1), and shall state whether the dismissal is with or without prejudice; and

2.  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

DATED this 7th day of July, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge