IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MOLECULAR DIAGNOSTICS OF EASTERN OMAHA, LLC,** | ) ) ) | |
| **Plaintiff,** | ) ) | **8:08CV248** |
| v. | ) ) | **ORDER** |
| **RAJEEV BATRA,** | ) ) | |
| **Defendant.** | ) | |

    This matter is before the magistrate judge for full pretrial supervision. Trial was originally set for July 13, 2010; however, the trial was cancelled upon notice given to Judge Smith Camp that the case had settled. The parties were ordered to file a joint stipulation for dismissal on or before September 7, 2010 and were cautioned that the case could be dismissed without further notice if they did not comply with the September 7, 2010 deadline. On September 21, 2010, counsel advised the court that the settlement documents included a license agreement, which was not yet completed. As of this date, the settlement documents have not been filed with the court.

    The case has been pre-tried. Under the circumstances, the parties will be given a final extension of time to January 28, 2011 in which to file settlement documents. If they do not comply with the deadline, the case will be called for trial to commence Tuesday, February 15, 2011.

    **IT IS ORDERED:**

    1. The parties are given until **January 28, 2011** to file a joint stipulation for dismissal and submit to Judge Smith Camp, at smithcamp@ned.uscourts.gov, a draft order that will fully dispose of this case.

    2. If the parties do not comply with the January 28, 2011 deadline, they shall appear before Judge Smith Camp for a non-jury trial, to commence on **Tuesday, February 15, 2011 at 8:30 a.m.** in Courtroom 2, Federal Building, 111 South 18th Plaza, Omaha, Nebraska. The provisions of Judge Smith Camp's trial preparation order (Doc. 61) remain in effect.

    **DATED January 4, 2011.**

                                           **BY THE COURT:**

                                           **s/ F.A. Gossett, III**
                                           **United States Magistrate Judge**