# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MOLECULAR DIAGNOSTICS OF EASTERN OMAHA, LLC, n/k/a NEBRASKA ADVANCED RADIOLOGY,** | ) ) ) ) ) | **CASE NO. 8:08CV248** |
| Plaintiff, | ) ) | **ORDER AND FINAL JUDGMENT** |
| v. | ) ) | |
| **RAJEEV BATRA,** | ) ) | |
| Defendant, | ) | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 64). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The parties will bear their own costs and attorney's fees. Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulation for Dismissal with Prejudice(Filing No. 64) is approved;

2. This action, including all claims and counter-claims, is dismissed with prejudice; and

3. The parties will pay their own costs and attorney's fees.

DATED this 9th day of February, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge